IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUL 20 PM 4: 59

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>KENNETH BURT JONES,<br><br>              Defendant. | 8:10CR 260<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1) |

The Grand Jury charges:

## COUNT I

On or about the 29th day of April, 2010, KENNETH BURT JONES, the defendant herein, having been convicted in 2009 in the United States District Court for the District of Nebraska of being an Unlawful User of Controlled Substance in Possession of a Firearm, which is a crime punishable by imprisonment for a term exceeding one year, did, in the District of Nebraska, knowingly possess in and affecting commerce, a firearm, to wit, a 9mm Sturm Ruger pistol, serial number 312-77294, and ammunition, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, § 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_/s/ Deborah R. Gilg_____
DEBORAH R. GILG
United States Attorney

     The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_/s/ M. Wellman_____
MICHAEL D. WELLMAN
Assistant U.S. Attorney